No. 11–8829. COWSER v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8831. GASTON v. TERRONEZ. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 11–8832. HAYES v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 11–8834. HUBBARD v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–8835. HALLFORD v. CLINTON, SECRETARY OF STATE. C. A. 9th Cir. Certiorari denied.

No. 11–8836. SLAY v. BANK OF AMERICA CORP. C. A. 1st Cir. Certiorari denied.

No. 11–8841. WORTHINGTON v. ADVOCATE HEALTH CARE, DBA BETHANY HOSPITAL. C. A. 7th Cir. Certiorari denied.

No. 11–8850. ROBINSON v. BAYER HEALTHCARE, LLC. C. A. 7th Cir. Certiorari denied.

No. 11–8854. AJAJ v. COMMUNICATIONS DATA SERVICES ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–8857. PYATT v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 11–8859. CARICO v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 11–8861. SUBLET v. MILLION ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–8866. CAMPBELL v. GOLDBERG. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 11–8867. CROMER v. BRAMAN ET AL. C. A. 6th Cir. Certiorari denied.